**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Snover, Bruce** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Snover, Melissa K** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-3791** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-3763** |
| Street Address of Debtor (No. and Street, City, and State):<br>**979 S Bartlett Road<br>Bartlett, IL**<br><br>ZIP CODE **60103** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**979 S Bartlett Road<br>Bartlett, IL**<br><br>ZIP CODE **60103** |
| County of Residence or of the Principal Place of Business:<br>**Du Page** | County of Residence or of the Principal Place of Business:<br>**Du Page** |
| Mailing Address of Debtor (if different from street address):<br>**979 S Bartlett Road<br>Bartlett, IL**<br><br>ZIP CODE **60103** | Mailing Address of Joint Debtor (if different from street address):<br>**979 S Bartlett Road<br>Bartlett, IL**<br><br>ZIP CODE **60103** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee**   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/11)   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Bruce Snover**<br>**Melissa K Snover** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  /s/ Charles Wm. Dobra, Esq.                   6/19/2012<br>Charles Wm. Dobra, Esq.                        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>  ☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☒ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.37.1, ID 4280360340)*

B1 (Official Form 1) (12/11)

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | **Bruce Snover** |
| | **Melissa K Snover** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Bruce Snover
_____
**Bruce Snover**

**X** /s/ Melissa K Snover
_____
**Melissa K Snover**

_____
Telephone Number (If not represented by attorney)

**6/19/2012**
_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

**X** /s/ Charles Wm. Dobra, Esq.
_____
**Charles Wm. Dobra, Esq.**        Bar No. **00647039**

**Charles Wm. Dobra, Ltd.**
**675 East Irving Park Road**
**Suite 100**
**Roselle, IL 60172**

Phone No. **(630) 893-2494**        Fax No. **(630) 893-2497**

**6/19/2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

**X**_____

_____
Date
Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Bruce Snover**                                    Case No. _____

   **Melissa K Snover**                                                (if known)

           Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Bruce Snover**                                               Case No. _____

**Melissa K Snover**                                                                (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Bruce Snover** _____
                                    Bruce Snover

Date:   **6/19/2012**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Bruce Snover**                                      Case No. _____

   **Melissa K Snover**                                                        (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1. Within the 180 days   **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days   **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Bruce Snover**                                    Case No. _____

       **Melissa K Snover**                                                              (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Melissa K Snover** _____
                Melissa K Snover

Date:   **6/19/2012** _____

B6A (Official Form 6A) (12/07)

In re **Bruce Snover**                                                    Case No.    _____
   **Melissa K Snover**                                                                   (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Single family home located at 979 S Bartlett Road, Barltlett, IL.  Purchased in 1979 for $60,000. (Homeowner's insurance through State Farm Insurance Companies; policy numbers are: 13-TO-5068-1 for the home; 13-TQ-0741-1 for personal liability umbrella policy and 13-RC-2974-1 for flood insurance) Refinanced 2-3 times in 1988, 1996 and 2004 to pay off credit cards and 2nd mortgage. | 100% joint interest | J | $125,000.00 | $188,250.00 |
| | | Total: | $125,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Bruce Snover**                                    Case No. _____
       **Melissa K Snover**                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | United States Currency. | J | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings account (Oak Trust Credit Union; 1811 W Diehl Road, Ste 700, Naperville, IL 60563-6425) (Account #: 046352 | J | $1.00 |
| | | Checking account (American Chartered Bank; account #: 30299242. Note: Amount fluctuates with influx of pay and payment of bills. | J | $1,000.00 |
| | | Savings account (American Chartered Bank; account #;5048-8779) | J | $500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Misc. household goods, used appliances, vcr, tvs, dvds, etc | J | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 500 books, 25 pictures, antique sewing machine, figurines, 100 movies, 30 music, X-Box, Wii, PS3, Nintendo 64, 50 games | J | $500.00 |
| 6. Wearing apparel. | | One ordinary lot of clothing suitable for two adult persons. | J | $350.00 |
| 7. Furs and jewelry. | | 1 wedding ring, 1 engagement ring, 5 watches | J | $750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 cameras and 1 video camera | J | $75.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Bruce Snover**                                      Case No. _____
    **Melissa K Snover**                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance policy for daughter, Suzanne; mother and father beneficiary (Western-Southern Life Assurance Company; policy #: W590651). | J | $2,104.63 |
| | | Life insurance policy for Seth Dogan; Debtor beneficiary (The Western and Southern Life Insurance Company, policy #: 0 44537035). | H | $1,410.96 |
| | | Insurance through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-9060 (Policy #: 000941054A) (Took out loan for $32,598.97) (Face value: 100,000) | H | $4,896.03 |
| | | Insurance through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-9060 (Policy #: 001021461A) (Beneficiary co-debtor and children) Loan for $2029.73. | H | $5,876.38 |
| | | Term life insurance through MTL Insurance Company, 1200 Jorie Blvd, Oak Brook, IL 60522-9060 (Policy #: 001021460A) (Beneficiary is debtor and chilren) (Loan for $5053.32) (Face value:45,000) | W | $4,163.36 |
| | | Life insurance through MTL Insurance Company, 1200 Jori Blvd., Oak Brook, IL 60522-9060 (Policy #: 000941055A) (Loan for $15,458.53) (Face value: $50,000,000) | W | $770.86 |
| | | Term life insurance policy for Seth Dogan through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-0960 (Policy #: 001105834A (Beneficiaries are Debtor, co-debtor and Jessica Snover) (Face value: $50,000,000). | W | $1,970.94 |
| | | Life insurance policy for daughter, Suzanne Snover through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-9060)(Policy #: 000989126A) (Beneficary are the debtors) (Loan for $3070.20) (Face value: $50,000,000) | J | $1,607.09 |
| | | Life insurance for daughter, Jessica Snover through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522 | J | $3,414.82 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Bruce Snover**                                                    Case No. _____
        **Melissa K Snover**                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | -9060; policy #: 000941056A.  (Beneficary are the debtors) (Loan for $8,212.38) (Face value: $50,000,000) | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Traditional IRA (State Farm Mutual Funds, P. O. Box 219548, Kansas City, MO 64121-9548) (Fund/Account #: 180/70321071) | W | $3,317.72 |
| | | Roth IRA through State Farm Mutual Funds, P. O. Box 219548, Kansas City, MO 64121-9548 (Equity Funds-LegacyA(SLEAX) and S& P 500 Index fund) account #:80017106) | H | $1,564.35 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Bruce Snover**                                   Case No. _____
   **Melissa K Snover**                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2011 tax refund.   (Received refund; used to pay bills). | H | $3,059.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Bruce Snover**                              Case No. _____
   **Melissa K Snover**                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford Excursion Van (Insurance through State Farm Company; policy #:D24 2852-A30-13D) 202,000 miles; fair condition. | J | $3,175.00 |
| | | 1997 Ford Aerostar Van (Insurance through State Farm Company; policy #: P09-1987-E22-13B) 186,000 miles; fair condition | J | $420.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Older desktop computer, laptop computer and printer. | J | $200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 50 Household tools and work (printer's) tools. | H | $100.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 6 cats and 1 rabbit | W | $25.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Bruce Snover**                                    Case No. _____
     **Melissa K Snover**                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | 1 older lawn tractor, 1 older snow blower and 1 older lawn mower. | J | $75.00 |

                                       **5**     continuation sheets attached    **Total  >**    **$42,377.14**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Bruce Snover**
    **Melissa K Snover**

Case No. _____
              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Single family home located at 979 S Bartlett Road, Barltlett, IL.  Purchased in 1979 for $60,000. (Homeowner's insurance through State Farm Insurance Companies; policy numbers are: 13-TO-5068-1 for the home; 13-TQ-0741-1 for personal liability umbrella policy and 13-RC-2974-1 for flood insurance) Refinanced 2-3 times in 1988, 1996 and 2004 to pay off credit cards and 2nd mortgage. | 735 ILCS 5/12-901 | $0.00 | $125,000.00 |
| United States Currency. | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| Savings account (Oak Trust Credit Union; 1811 W Diehl Road, Ste 700, Naperville, IL 60563-6425) (Account #: 046352 | 735 ILCS 5/12-1001(b) | $1.00 | $1.00 |
| Checking account (American Chartered Bank; account #: 30299242.  Note: Amount fluctuates with influx of pay and payment of bills. | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| Savings account (American Chartered Bank; account #;5048-8779) | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
| Misc. household goods, used appliances, vcr, tvs, dvds, etc | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| 500 books, 25 pictures, antique sewing machine, figurines, 100 movies, 30 music, X-Box, Wii, PS3, Nintendo 64, 50 games | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$3,051.00** | **$128,051.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Bruce Snover**                                    Case No. _____
      **Melissa K Snover**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| One ordinary lot of clothing suitable for two adult persons. | 735 ILCS 5/12-1001(a), (e) | $350.00 | $350.00 |
| 1 wedding ring, 1 engagement ring, 5 watches | 735 ILCS 5/12-1001(b) | $750.00 | $750.00 |
| 2 cameras and 1 video camera | 735 ILCS 5/12-1001(b) | $75.00 | $75.00 |
| Life insurance policy for daughter, Suzanne; mother and father beneficiary (Western-Southern Life Assurance Company; policy #: W590651). | 735 ILCS 5/12-1001(f) | $2,104.63 | $2,104.63 |
| Life insurance policy for Seth Dogan; Debtor beneficiary (The Western and Southern Life Insurance Company, policy #: 0 44537035). | 735 ILCS 5/12-1001(f) | $1,410.96 | $1,410.96 |
| Insurance through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-9060 (Policy #: 000941054A)(Took out loan for $32,598.97) (Face value: 100,000) | 735 ILCS 5/12-1001(b) | $0.00 | $4,896.03 |
| Insurance through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-9060 (Policy #: 001021461A) (Beneficiary co-debtor and children) Loan for $2029.73. | 735 ILCS 5/12-1001(b) | $0.00 | $5,876.38 |
| Term life insurance through MTL Insurance Company, 1200 Jorie Blvd, Oak Brook, IL 60522-9060 (Policy #: 001021460A) (Beneficiary is debtor and chilren) (Loan for $5053.32) (Face value:45,000) | 735 ILCS 5/12-1001(b) | $3,704.00 | $4,163.36 |
| Life insurance through MTL Insurance Company, 1200 Jori Blvd., Oak Brook, IL 60522-9060 (Policy #: 000941055A) (Loan for $15,458.53) (Face value: $50,000,000) | 735 ILCS 5/12-1001(b) | $0.00 | $770.86 |
| | | $11,445.59 | $148,448.22 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Bruce Snover**                                        Case No. _____
        **Melissa K Snover**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Term life insurance policy for Seth Dogan through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-0960 (Policy #: 001105834A (Beneficiaries are Debtor, co-debtor and Jessica Snover) (Face value: $50,000,000). | 735 ILCS 5/12-1001(b) | $0.00 | $1,970.94 |
| Life insurance policy for daughter, Suzanne Snover through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-9060)(Policy #: 000989126A) (Beneficary are the debtors) (Loan for $3070.20) (Face value: $50,000,000) | 735 ILCS 5/12-1001(b) | $0.00 | $1,607.09 |
| Life insurance for daughter, Jessica Snover through MTL Insurance Company, 1200 Jorie Blvd., Oak Brook, IL 60522-9060; policy #: 000941056A.  (Beneficary are the debtors) (Loan for $8,212.38) (Face value: $50,000,000) | 735 ILCS 5/12-1001(b) | $0.00 | $3,414.82 |
| Traditional IRA (State Farm Mutual Funds, P. O. Box 219548, Kansas City, MO 64121-9548) (Fund/Account #: 180/70321071) | 735 ILCS 5/12-1006 | $3,317.72 | $3,317.72 |
| Roth IRA through State Farm Mutual Funds, P. O. Box 219548, Kansas City, MO 64121-9548 (Equity Funds-LegacyA(SLEAX) and S& P 500 Index fund) account #:80017106) | 735 ILCS 5/12-1006 | $0.00 | $1,564.35 |
| 2011 tax refund.   (Received refund; used to pay bills). | 735 ILCS 5/12-1001(b) | $0.00 | $3,059.00 |
| 2001 Ford Excursion Van (Insurance through State Farm Company; policy #:D24 2852-A30-13D) 202,000 miles; fair condition. | 735 ILCS 5/12-1001(c) | $3,175.00 | $3,175.00 |
| 1997 Ford Aerostar Van (Insurance through State Farm Company; policy #: P09-1987-E22-13B) 186,000 miles; fair condition | 735 ILCS 5/12-1001(b) | $420.00 | $420.00 |
|  |  | **$18,358.31** | **$166,977.14** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Bruce Snover**             Case No. _____
       **Melissa K Snover**                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Older desktop computer, laptop computer and printer. | 735 ILCS 5/12-1001(b) | $0.00 | $200.00 |
| 50 Household tools and work (printer's) tools. | 735 ILCS 5/12-1001(b) | $0.00 | $100.00 |
| 6 cats and 1 rabbit | 735 ILCS 5/12-1001(b) | $0.00 | $25.00 |
| 1 older lawn tractor, 1 older snow blower and 1 older lawn mower. | 735 ILCS 5/12-1001(b) | $0.00 | $75.00 |
| | | $18,358.31 | $167,377.14 |

B6D (Official Form 6D) (12/07)

In re **Bruce Snover**                                      Case No. _____
       **Melissa K Snover**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx2849**<br><br>**Cenlar Loan Admin & Reporting**<br>**P. O. Box 211091**<br>**Eagan, MN 55121** | | J | DATE INCURRED: **2004**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Single family home located at 979 S Bartlett Road,**<br>REMARKS:<br><br>VALUE: **$125,000.00** | | | | **$188,250.00** | **$63,250.00** |
| ACCT #: **xxx.#:xxxxxx054A**<br><br>**MTL Insurance Company**<br>**1200 Jorie Blvd.**<br>**Oak Brook, IL 60522-9060** | | J | DATE INCURRED: **2009**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Insurance policy noted.**<br>REMARKS:<br>**Loan against insurance policy.  Face value (Death Benefit, $100,000.00) Current cash-in value shown.**<br>VALUE: **$10,772.41** | | | X | **$32,598.97** | **$21,826.56** |
| ACCT #: **xxxxxx461A**<br><br>**MTL Insurance Company**<br>**1200 Jorie Blvd.**<br>**Oak Brook, IL 60522-9060** | | J | DATE INCURRED: **2009**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Insurance policy noted.**<br>REMARKS:<br><br>VALUE: **$10,772.41** | | | X | **$2,029.73** | **$2,029.73** |
| ACCT #: **xxxxxx460A**<br><br>**MTL Insurance Company**<br>**1200 Jorie Blvd.**<br>**Oak Brook, IL 60522-9060** | | J | DATE INCURRED: **????**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Insurance policy noted.**<br>REMARKS:<br>**Term Insurance policy; Death Benefit $45000.00.  Loan against policy.**<br>VALUE: **$4,163.36** | | | X | **$5,053.32** | **$889.96** |
| | | | Subtotal (Total of this Page) > | | | | **$227,932.02** | **$87,996.25** |
| | | | Total (Use only on last page) > | | | | | |

_____**2**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Bruce Snover**                                           Case No. _____
      **Melissa K Snover**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx055A**<br><br>**MTL Insurance Company**<br>**1200 Jorie Blvd.**<br>**Oak Brook, IL 60522-9060** | | J | DATE INCURRED: **????**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Insurance policy noted.**<br>REMARKS:<br>**Face Value of policy**<br>**$_____.**<br><br>VALUE: **$770.86** | | | X | **$15,458.53** | **$14,687.67** |
| ACCT #: **xxxxxx834A**<br><br>**MTL Insurance Company**<br>**1200 Jorie Blvd.**<br>**Oak Brook, IL 60522-9060** | | J | DATE INCURRED: **????**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Insurance policy noted.**<br>REMARKS:<br>**Insurance policy, Seth Dogran insured.**<br>**Debtor is a beneficiary.**<br><br>VALUE: **$1,970.94** | | | | **$0.00** | |
| ACCT #: **xxxxxx126A**<br><br>**MTL Insurance Company**<br>**1200 Jorie Blvd.**<br>**Oak Brook, IL 60522-9060** | | J | DATE INCURRED: **????**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Insurance policy noted.**<br>REMARKS:<br>**Life insurance policy for daughter**<br>**Suzanne.**<br><br>VALUE: **$1,607.09** | | | X | **$3,056.87** | **$1,449.78** |
| ACCT #: **xxxxxx056A**<br><br>**MTL Insurance Company**<br>**1200 Jorie Blvd.**<br>**Oak Brook, IL 60522-9060** | | J | DATE INCURRED: **????**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Insurance policy noted.**<br>REMARKS:<br>**Insurance policy for daughter,**<br>**Jessica. $50M Death Benefit.**<br><br>VALUE: **$3,414.82** | | | | **$0.00** | |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$18,515.40** |

Subtotal (Total of this Page) >   **$18,515.40**   **$16,137.45**
Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Bruce Snover**                                          Case No. _____

**Melissa K Snover**                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx7106**<br><br>**State Farm Mutual Funds**<br>**P. O. Box 219548**<br>**Kansas City, MO 64121-9548** | | J | DATE INCURRED: **2009**<br>NATURE OF LIEN:<br>**Personal loan**<br>COLLATERAL:<br>**Roth IRA through State Farm Mutual Funds, P. O.**<br>REMARKS:<br><br><br>VALUE:              **$1,564.35** | | | | $1,600.00 | $35.65 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this Page) > | $1,600.00 | $35.65 |
| | Total (Use only on last page) > | $248,047.42 | $104,169.35 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Bruce Snover**               Case No. _____
      **Melissa K Snover**                                   (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Bruce Snover**
    **Melissa K Snover**

Case No. _____
              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx8440 <br> **Alexian Brothers Medical Center** <br> **800 Biesterfield Road** <br> **Elk Grove Village, IL 60007** | | J | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | X | | $600.00 |
| ACCT #:  xxxx-xxxxxx-x1009 <br> **American Express** <br> **Customer Service** <br> **P. O. Box 981535** <br> **El Paso, TX 79998-1535** | | J | DATE INCURRED:  **1976** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | X | | $1,014.41 |
| ACCT #:  xxxx-xxxxxx-x1009 <br> **American Express** <br> **United Recovery Systems** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxxxx-x1009 <br> **American Express** <br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxxxx-x1009 <br> **American Express** <br> **P. O. Box 6618** <br> **Omaha, NE 68105-0618** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxxxx-x1009 <br> **American Express Travel Related Serv** <br> **OA Special Research** <br> **P. O. Box 981540** <br> **El Paso, TX 79998-1540** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |

Subtotal >     $1,614.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____**14**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**                                      Case No. _____
     **Melissa K Snover**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxxx-1571**<br>**AT & T Universal/Citi**<br>**P. O. Box 660370**<br>**Dallas, TX 75266-0000** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxx-xxxx-xxxx-1571**<br>**AT & T Universal/Citi**<br>**Northland Group**<br>**P. O. Box 390905**<br>**Minneapolis, MN 55439** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxx-xxxx-xxxx-1571**<br>**AT& T Universal Card/Citi**<br>**P. O. Box 6500**<br>**Sioux Falls, SD 57117-6500** | | J | DATE INCURRED: **1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$16,775.86** |
| ACCT #: **xxxx-xxxx-xxxx-5262**<br>**Bank of America**<br>**P. O.  Box 15026**<br>**Wilmington, DE 19850-5026** | | J | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$7,046.45** |
| ACCT #: **xxxx-xxxx-xxxx-0089**<br>**Bank of America**<br>**Business Card**<br>**P. O. Box 15184**<br>**Wilmington, DE 19850-5184** | | J | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$25,214.56** |
| ACCT #: **xxxx-xxxx-xxxx-0089**<br>**Bank of America**<br>**Business Card**<br>**P. O. Box 22031**<br>**Greensboro, NC 27420** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**1**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal >    **$49,036.87**

                                    Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**                                    Case No. _____
       **Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-2707**<br>**Bank of America**<br>**Financial Asset Management Systems**<br>**P. O. Box 451409**<br>**Atlanta, GA 31145-9409** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-2707**<br>**Bank of America**<br>**P. O. Box 15026**<br>**Wilmington, DE 19850-5026** | | W | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $7,046.45 |
| ACCT #:  **xxxx-xxxx-xxxx-2707**<br>**Bank of America**<br>**Collectcorp**<br>**P. O. Box 101928**<br>**Dept 4947A**<br>**Birmingham, AL 35210-1928** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-0798**<br>**Bank of America**<br>**P. O. Box 15026**<br>**Wilmington, DE 19850-5026** | | J | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $8,580.35 |
| ACCT #:  **xxxx-xxxx-xxxx-0798**<br>**Bank of America**<br>**CCB Credit Services**<br>**5300 S 6th Street**<br>**Springfield, IL 62703-5184** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-0798**<br>**Bank of America**<br>**Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**2**____ of ____**14**____ continuation sheets attached to                                    Subtotal >    | $15,626.80 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**                                    Case No. _____
**Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx0789**<br>**Bank of America**<br>**Tate & Kirlan Associates**<br>**2810 Southampton Road**<br>**Philadelphia, PA 19154-1207** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-0089**<br>**Bank of America/Business Card**<br>**Creditors Interchange**<br>**80 Holtz Drive**<br>**Buffalo, NY 14225** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-0089**<br>**Bank of America/Business Card**<br>**Creditors Financial Group, LLC**<br>**3131 S Vaughn Way, Ste 110**<br>**Aurora, CO 80014** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-0955**<br>**Bank of America/MilesEdge**<br>**P. O. Box 15026**<br>**Wilmington, DE 19850-5026** | | W | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $8,580.35 |
| ACCT #:  **xxxxxxxxxxxx7499**<br>**Blain's Farm & Fleet**<br>**GE Money Bank**<br>**P. O. Box 981127**<br>**El Paso, TX 79998-1127** | | W | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Store account**<br>REMARKS: | | | X | $876.73 |
| ACCT #:  **xxxxxxxxxxxx7499**<br>**Blain's Farm & Fleet**<br>**GE Money Bank**<br>**OH3-4233**<br>**950 Forrer Blvd**<br>**Kettering, OH 45420** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___**3**___ of ___**14**___ continuation sheets attached to                                    **Subtotal >**    $9,457.08
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**                                    Case No. _____
       **Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx7499 <br> **Blains Farm & Fleet/GEMB** <br> **Asset Acceptance, LLC** <br> **P. O. Box 2036** <br> **Warren, MI 48090-2036** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-6855 <br> **Capital One Bank** <br> **P. O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | W | DATE INCURRED:  **2000** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $8,887.34 |
| ACCT #:  xxxxxxx0101 <br> **CepaAmerica/Sherman Hospital** <br> **Stanislaus Credit Control Services** <br> **914 14th Street** <br> **P. O. Box 480** <br> **Modesto, CA 95353** | | J | DATE INCURRED:  **2010** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | | X | $100.00 |
| ACCT #:  xxxx-1594 <br> **Chase** <br> **Cardmember Services** <br> **P. O. Box 15548** <br> **Wilmington, DE 19886-5548** | | H | DATE INCURRED:  **1997** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $1,000.00 |
| ACCT #:  xxxx-xxxx-xxxx-0563 <br> **Chase** <br> **P. O. Box 15298** <br> **Wilmington, DE 19850-5298** | | W | DATE INCURRED:  **2003** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $7,154.57 |
| ACCT #:  xxxx-xxxx-xxxx-0563 <br> **Chase** <br> **Cardmember Services** <br> **P. O. Box 15298** <br> **Wilmington, DE19850-5298** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |

Sheet no. ____**4**____ of ____**14**____ continuation sheets attached to                              Subtotal >                | $17,141.91 |

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                  Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**
      **Melissa K Snover**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-1941**<br>**Chase**<br>**Cardmember Services**<br>**P. O. Box 17280**<br>**Wilmington, DE 19886-0300** | | H | DATE INCURRED:  **2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $30,607.32 |
| ACCT #:  **xxxx-xxxx-xxxx-2301**<br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | DATE INCURRED:  **2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $21,500.00 |
| ACCT #:  **xxxx-xxxx-xxxx-2301**<br>**Chase**<br>**Cardmember Services**<br>**P. O. Box 15548**<br>**Wilmingtonn, DE 19886-5548** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-2433**<br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | DATE INCURRED:  **1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $21,055.15 |
| ACCT #:  **xxxx-xxxx-xxxx-7147**<br>**Chase**<br>**Cardmember Services**<br>**P. O. Box 15548**<br>**Wilmington, DE 19886-5548** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-7147**<br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | DATE INCURRED:  **2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $6,327.22 |

Sheet no. _____**5**_____ of _____**14**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $79,489.69

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Snover**                                     Case No.    _____
         **Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-8661<br>**Chase**<br>**Cardmember Services**<br>**P. O. Box 15548**<br>**Wilmington, DE 19886-5548** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-8904<br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | DATE INCURRED:  **2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $16,380.34 |
| ACCT #:  xxxx-xxxx-xxxx-8904<br>**Chase**<br>**Cardmember Services**<br>**P. O. Box 15548**<br>**Wilmington, DE19886-5548** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-7147<br>**Chase**<br>**Valentine and Kebartas, Inc**<br>**P. O. Box 325**<br>**Lawrence, MA 01842** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-8904<br>**Chase**<br>**Valentine and Kebartas, Inc**<br>**P. O. Box 325**<br>**Lawrence, MA 01842** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-2433<br>**Chase**<br>**Cardmember Services**<br>**P. O. Box 15548**<br>**Wilmington, DE 19886-5548** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. _____**6**_____ of _____**14**_____ continuation sheets attached to          **Subtotal >**          $16,380.34
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Snover**                                    Case No. _____
         **Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-2433 <br> **Chase** <br> **Financial Asset Management Systems** <br> **P. O. Box 451409** <br> **Atlanta, GA 31145-9409** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-0563 <br> **Chase** <br> **National Action Financial Services** <br> **165 Lawrence Bell Drive, Ste 100** <br> **P. O. Box 9027** <br> **Williamsville, NY 14231-9027** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-7147 <br> **Chase** <br> **Capital Management Services** <br> **726 Exchange Street, Ste 700** <br> **Buffalo, NY 14210** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-1594 <br> **Chase Bank USA** <br> **Midland Credit Management** <br> **8875 Aero Drive, Ste 200** <br> **San Diego, CA 92123** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-8904 <br> **Chase Bank USA** <br> **Midland Credit Management** <br> **8875 Aero Drive, Ste 200** <br> **San Diego, CA 92123** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-2433 <br> **Chase Bank, USA** <br> **Midland Credit Management** <br> **8875 Aero Drive, Ste 200** <br> **San Diego, CA 92123** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |

Sheet no. ____7____ of ____14____ continuation sheets attached to                    **Subtotal >**          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Snover**
**Melissa K Snover**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-0020<br>**Citi**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | | J | DATE INCURRED:  **1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | **$17,264.88** |
| ACCT #:  xxxx-xxxx-xxxx-0020<br>**Citi**<br>**P. O. Box 91600**<br>**Albuquerque, NM 87199-0000** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  xxxx-xxxx-xxxx-0020<br>**Citi**<br>**Northland Group, Inc**<br>**P. O. Box 390905**<br>**Minneapolis, MN 55439** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  xxxx-xxxx-xxxx-0020<br>**Citibank**<br>**Protocol Recovery Service**<br>**509 Mercer Avenue**<br>**Panama City, FL 32401** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  xxxxx6756<br>**Citibank**<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  xxxxx6756<br>**Citibank Client Services**<br>**P. O. Box 769013**<br>**San Antonio, TX 78245-9013** | | J | DATE INCURRED:  **2000**<br>CONSIDERATION:<br>**Overdraft**<br>REMARKS:<br>**Overdraft protection on checking account** | | X | | **$11,299.70** |

Sheet no. _____**8**_____ of _____**14**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$28,564.58**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Snover**                                    Case No. _____
        **Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx2699**<br>**Columbia House DVD Club**<br>**P. O. Box 91601**<br>**Rantoul, IL 61866-8601** | | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Mail Order Account**<br>REMARKS: | | X | | **$36.56** |
| ACCT #:  **xxxxxxxxxxx5900**<br>**Exxon Mobil**<br>**Credit Card Center**<br>**P. O. Box 688940**<br>**Des Moines, IA 50368-8940** | | J | DATE INCURRED:  **1985**<br>CONSIDERATION:<br>**Gas Card**<br>REMARKS: | | X | | **$2,164.49** |
| ACCT #:  **xxxxxxxxxxx5900**<br>**Exxon Mobil**<br>**Alliance One Receivables Management**<br>**4850 Street Road, Ste 300**<br>**Trevose, PA 19053** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxx6613**<br>**GE Money Bank**<br>**Midland Credit Management, Inc**<br>**P. O. Box 60578**<br>**Los Angles, CA 90060-0578** | | J | DATE INCURRED:  **2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | **$1,215.83** |
| ACCT #:  **xx xx xx9936**<br>**HBLC, Inc**<br>**Steven J Fink, & Assoc**<br>**25 E Washington Street, Ste 1233(a)**<br>**Chicago, IL 60602** | | J | DATE INCURRED:  **2000**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$26,384.82** |
| ACCT #:  **xxxxxxxxxxxxxx5157**<br>**HSBC Bank Nevada, NC**<br>**P. O. Box 98734**<br>**Las Vegas, NV 89193-8734** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$0.00** |

Sheet no. ____**9**____ of ____**14**____ continuation sheets attached to                                    Subtotal >          **$29,801.70**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Snover**                                      Case No. _____
        **Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxx6131<br>**J C Penney**<br>**GE Money Bank**<br>**Attn: Bankruptcy Department**<br>**P. O. Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED:  **1985**<br>CONSIDERATION:<br>**Store account**<br>REMARKS: | | X | | $1,096.58 |
| ACCT #:   xxxxxxxxxxx6613<br>**JC Penney/GEMB**<br>**Midland Credit Management**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxx6613<br>**JC Penney?GEMB**<br>**National Recovery Solutuions, LLC**<br>**P. O. Box 322**<br>**Lockport, NY14095-0322** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:   8716<br>**Kare Hospital Medicine**<br>**ATG Credit, LLC**<br>**P. O. Box 14895**<br>**Chicago, IL 60614-4895** | | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $107.56 |
| ACCT #:   xxxx7326<br>**LAC Collections**<br>**979 S Bartlett Road**<br>**Bartlett, IL 60103-6501** | | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $10.00 |
| ACCT #:   xx4908<br>**Lake Shore Gastroenterology**<br>**First Federal Credit Control**<br>**P. O. Box 3521**<br>**Akron, OH 44309-3521** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $171.40 |

Sheet no. _____**10**_____ of _____**14**_____ continuation sheets attached to                                    Subtotal >   | $1,385.54
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**　　　　　　　　　　　Case No. _____
　　　　**Melissa K Snover**　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-8661**<br>**Reader's Digest**<br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | DATE INCURRED:  **1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $7,607.25 |
| ACCT #:  **xxxxxxx1180**<br>**Reader's Digest**<br>**Payment Processing**<br>**P. O. Box 50050**<br>**Prescott, AZ 86304-5050** | | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Mail Order Account**<br>REMARKS: | | X | | $30.78 |
| ACCT #:  **xxxx-xxxx-xxxx-8661**<br>**Reader's Digest/Chase**<br>**National Action Financial Services, Inc**<br>**165 Lawrence Bell Drive, Ste 100**<br>**P. O. Box 9027**<br>**Williamsville, NY 14231-9027** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-8661**<br>**Reader's Digest/Chase**<br>**Financial Asset Management Services**<br>**P. O. Box 451409**<br>**Atlanta, GA 31145-9409** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxx2486**<br>**Roaman's**<br>**c/o WFNNB**<br>**P. O. Box 182782**<br>**Columbus, OH 43218-2782** | | J | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Store account**<br>REMARKS: | | X | | $496.49 |
| ACCT #:  **xxxxx8486**<br>**Roaman's**<br>**c/o WFNNB**<br>**P. O. Box 182125**<br>**Columbus, OH 43218-2125** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**11**____ of ____**14**____ continuation sheets attached to　　　　　　　　　Subtotal > | $8,134.52
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**
       **Melissa K Snover**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx2005<br>**Rush University Medical Center**<br>**Computer Credit, Inc**<br>**Claims Dept 009500**<br>**640 W Fourth Street**<br>**Winston-Salem, NC 27113-5238** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $36.55 |
| ACCT #:  xxx8590<br>**Rush University Medical Group**<br>**Nationwide Credit Collection, Inc**<br>**815 Commerce Drive, Ste 100**<br>**Oak Brook, IL 60532** | | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $86.33 |
| ACCT #:  xxxx5186<br>**Scholastic/Interactive Kids Club**<br>**RJM Acquisitions LLC**<br>**575 Underhill Blvd., Ste 224**<br>**Syosset, NY 11791-4437** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx5186<br>**Scholastic/Interactive Kids Club**<br>**103 Mill Plain Road**<br>**Danbury, CT 068111322** | | J | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Mail Order Account**<br>REMARKS: | | X | | $59.78 |
| ACCT #:  xxxxxxxxxxxx5749<br>**Sears**<br>**Citi**<br>**P. O. Box 6198**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx5749<br>**Sears Credit Cards**<br>**P. O. Box 6283**<br>**Sioux Falls, SD 57117-6283** | | J | DATE INCURRED:  **1975**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $1,393.34 |

Sheet no. ___**12**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,576.00

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Snover**                                    Case No. _____
       **Melissa K Snover**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx5749**<br>**Sears/Citi**<br>**Northland Group, Inc.**<br>**P. O. Box 390905**<br>**Minneapolis, MN 55439** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxx8440**<br>**St. Alexius Medical Center**<br>**Malcolm S Gerald & Associates, Inc**<br>**332 S Michigan Avenue, Ste 600**<br>**Chicago, IL 60604** | | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | X | $1,100.00 |
| ACCT #:  **xxxxxxx7980**<br>**St. Alexius Medical Center**<br>**Computer Credit, Inc**<br>**Claims Dept 003305**<br>**640 W Fourth Street**<br>**Winston-Salem, NC 27113-5238** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | X | $75.07 |
| ACCT #:  **xxxxxxx7364**<br>**St. Alexius Medical Center**<br>**Computer Credit, Inc**<br>**Claim Dept 003305**<br>**640 W Fourth Street**<br>**Winston-Salem, NC 27113-5238** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | X | $49.64 |
| ACCT #:  **xxxxxxx7826**<br>**St. Alexius Medical Center**<br>**Computer Credit, Inc.**<br>**Claims Dept 003305**<br>**640 W Fourth Street**<br>**Winston-Salem, NC 27113-5238** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-3330**<br>**State Farm Bank**<br>**P. O. Box 3001**<br>**Malvern, PA 19355** | | J | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $8,777.29 |

Sheet no. ____**13**____ of ____**14**____ continuation sheets attached to                                   **Subtotal >** | $10,002.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Snover**
**Melissa K Snover**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3330** <br> **State Farm Bank** <br> **NCB Management Services, Inc** <br> **P. O. Box 1099** <br> **Langhorne, PA 19047** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxx4165** <br> **The United Educators** <br> **Eastern Collection Corp** <br> **1626 Locust Avenue** <br> **Bohemia, NY 11716** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxx4165** <br> **The United Educators** <br> **2010 Today Book** <br> **P. O. Box 360274** <br> **Des Moines, IA 50336-0274** | | J | DATE INCURRED:  **11/09** <br> CONSIDERATION: <br> **Mail Order Account** <br> REMARKS: | | | X | $27.08 |
| ACCT #:  **xxxxxxx4165** <br> **The United Educators, Inc.** <br> **World Topic** <br> **P. O. Box 360274** <br> **Des Moines, IA 50336-0274** | | J | DATE INCURRED:  **8/09** <br> CONSIDERATION: <br> **Mail Order Account** <br> REMARKS: | | | X | $38.83 |
| ACCT #:  **xxxxxxxxxxxx6520** <br> **Wells Fargo Financial National Bank** <br> **P. O. Box 10475** <br> **Des Moines, IA 50306** | | J | DATE INCURRED:  **2007** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $1,224.76 |
| | | | | | | | |

Sheet no. ____**14**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $1,290.67

Total >  $269,502.11

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Bruce Snover**                                      Case No. _____
        **Melissa K Snover**                                              (if known)


# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).


☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AT & T**<br>P. O. Box 5080<br>Carol Stream, IL 60197 | Cellular phones (630-204-1703; 630-308-2429; 630-399-2429) (contracts expire 9/2013)<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Bruce Snover**                                    Case No. _____
    **Melissa K Snover**                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Bruce Snover**                                      Case No. _____
       **Melissa K Snover**                                               (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Daughter | Age(s): 22 | Relationship(s): | Age(s): |
| | Grandson | 15 | | |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Unemployed | Disabled |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$0.00** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ / SSI | $0.00 | $1,538.90 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Unemployment Compensation                / Long Term Disability Insurance | $1,756.00 | $1,694.20 |
| | b._____ | $0.00 | $0.00 |
| | c._____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$1,756.00** | **$3,233.10** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,756.00** | **$3,233.10** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,989.10** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor has been unemployed since November, 2011.  Joint Debtor has been disabled since 1997.**

B6J (Official Form 6J) (12/07)

IN RE:  **Bruce Snover**                                    Case No. _____
        **Melissa K Snover**                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,838.27 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|             b. Water and sewer | $65.00 |
|             c. Telephone | $25.00 |
|             d. Other:   Cell phone/Internet | $250.00 |
| 3. Home maintenance (repairs and upkeep) | $300.00 |
| 4. Food | $800.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $50.00 |
| 7. Medical and dental expenses | $475.00 |
| 8. Transportation (not including car payments) | $500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | $100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $100.00 |
|           b. Life | $350.00 |
|           c. Health | |
|           d. Auto | $175.00 |
|           e. Other:   Flood umbrella | $110.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$5,438.27** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $4,989.10 |
| b. Average monthly expenses from Line 18 above | $5,438.27 |
| c. Monthly net income (a. minus b.) | ($449.17) |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Bruce Snover**                                          Case No.

**Melissa K Snover**

Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $125,000.00 | | |
| B - Personal Property | Yes | 6 | $42,377.14 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $248,047.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $269,502.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,989.10 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $5,438.27 |
| TOTAL | | 34 | $167,377.14 | $517,549.53 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  **Bruce Snover**                                              Case No.
       **Melissa K Snover**

                                                                    Chapter       **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,989.10** |
| Average Expenses (from Schedule J, Line 18) | **$5,438.27** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,989.10** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$104,169.35** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$269,502.11** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$373,671.46** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Bruce Snover**                                          Case No. _____
       **Melissa K Snover**                                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**36**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **6/19/2012**_____          Signature _**/s/ Bruce Snover**_____
                                                            **Bruce Snover**

Date  **6/19/2012**_____          Signature _**/s/ Melissa K Snover**_____
                                                            **Melissa K Snover**
                                                   [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Bruce Snover**                                    Case No.  _____

**Melissa K Snover**                                               (if known)


# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $65,566.00 | 2008 - Employment for Debtor |
| $78,847.00 | 2007 - Employment for Debtor |
| $68,463.00 | 2006 - Employment for Debtor |
| $60,265.00 | 2009-Employment for debtor |
| $66,052.50 | 2010-Employment for debtor |
| $54,504.00 | 2011-Employment for Debtor |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $15,529.00 | 2008 - Social Security benefits for co-debtor |
| $15,174.00 | 2007 - Social Security benefits for co-debtor |
| $14,693.00 | 2006 - Social Security benefits for co-debtor |
| $19,325.00 | 2009-Social Security benefits for co-debtor. |
| $17,682.00 | 2010-Social Security benefits for co-debtor |
| $19,326.00 | 2011-Social Security benefits for co-debtor |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Bruce Snover**                                             Case No. _____
         **Melissa K Snover**                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☒   b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☒   c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **HBLC, Inc./Citibank v. Bruce Snover**<br>**11 M1 179936** | **Collection** | **Circuit Court of Cook County, IL Municipal Department, First District** | **Pending** |

---

None
☒   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None
☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None
☒   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Bruce Snover**                                                    Case No.   _____
         **Melissa K Snover**                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Charles Wm. Dobra, Esq.** **675 E Irving Park Road** **Suite 100** **Roselle, IL 60172** | **03/05/2010** | **$1,800.00** |
| **U S Bankruptcy Court** | | **$306 for filing of Chapter 7 Bankruptcy** |
| **Springboard Nonprofit Credit Counseling Management** | | **$110.00 for required credit counseling and debtor education course.** |
| **BankruptcyPro** | | **$35 for tax transcripts from the IRS.** |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ 

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Bruce Snover**                                      Case No.  _____

**Melissa K Snover**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  **Bruce Snover**                                        Case No.  _____
        **Melissa K Snover**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑    Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑    or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business
None
☑    a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
     dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
     sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
     commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
     preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
     dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
     immediately preceding the commencement of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
     dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
     immediately preceding the commencement of this case.

---

None   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within
six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go
directly to the signature page.)

---

### 19. Books, records and financial statements
None
☑    a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the
     keeping of books of account and records of the debtor.

---

None   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account
☑    and records, or prepared a financial statement of the debtor.

---

None   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☑    debtor.  If any of the books of account and records are not available, explain.

---

None   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by
☑    the debtor within two years immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Bruce Snover**                                      Case No. _____
         **Melissa K Snover**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**20. Inventories**

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re: **Bruce Snover**                              Case No. _____

  **Melissa K Snover**                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  6/19/2012 _____          Signature _____ **/s/ Bruce Snover** _____
                                                               of Debtor          ***Bruce Snover***

Date  6/19/2012 _____          Signature _____ **/s/ Melissa K Snover** _____
                                                               of Joint Debtor    ***Melissa K Snover***
                                                               (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Bruce Snover**                                        CASE NO
        **Melissa K Snover**
                                                               CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Cenlar Loan Admin & Reporting<br>P. O. Box 211091<br>Eagan, MN 55121<br>xxxxxx2849 | **Describe Property Securing Debt:**<br>Single family home located at 979 S Bartlett Road, |

Property will be (check one):
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt   ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Bruce Snover**                                          CASE NO
        **Melissa K Snover**
                                                     CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>State Farm Mutual Funds<br>P. O. Box 219548<br>Kansas City, MO 64121-9548<br>xxxx7106 | **Describe Property Securing Debt:**<br>Roth IRA through State Farm Mutual Funds, P. O. Bo |

Property will be (check one):
  ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
  ☐ Claimed as exempt    ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐      NO  ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  6/19/2012 _____    Signature  __/s/ Bruce Snover_____
                                                       *Bruce Snover*

Date  6/19/2012 _____    Signature  __/s/ Melissa K Snover_____
                                                       *Melissa K Snover*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Bruce Snover**                                          CASE NO
          **Melissa K Snover**
                                                                  CHAPTER    **7**


## <u>VERIFICATION OF CREDITOR MATRIX</u>


     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   6/19/2012 _____           Signature   **/s/ Bruce Snover** _____
                                                        **Bruce Snover**


Date   6/19/2012 _____           Signature   **/s/ Melissa K Snover** _____
                                                        **Melissa K Snover**

Alexian Brothers Medical Center
800 Biesterfield Road
Elk Grove Village, IL 60007

AT& T Universal Card/Citi
P. O. Box 6500
Sioux Falls, SD 57117-6500

Bank of America/Business Card
Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225

American Express
Customer Service
P. O. Box 981535
El Paso, TX 79998-1535

Bank of America
P. O.  Box 15026
Wilmington, DE 19850-5026

Bank of America/Business Card
Creditors Financial Group, LLC
3131 S Vaughn Way, Ste 110
Aurora, CO 80014

American Express
United Recovery Systems
5800 North Course Drive
Houston, TX 77072

Bank of America
Business Card
P. O. Box 15184
Wilmington, DE 19850-5184

Bank of America/MilesEdge
P. O. Box 15026
Wilmington, DE 19850-5026

American Express
NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Bank of America
Business Card
P. O. Box 22031
Greensboro, NC 27420

Blain's Farm & Fleet
GE Money Bank
P. O. Box 981127
El Paso, TX 79998-1127

American Express
P. O. Box 6618
Omaha, NE 68105-0618

Bank of America
Financial Asset Management Syst
P. O. Box 451409
Atlanta, GA 31145-9409

Blain's Farm & Fleet
GE Money Bank
OH3-4233
950 Forrer Blvd
Kettering, OH 45420

American Express Travel Related
OA Special Research
P. O. Box 981540
El Paso, TX 79998-1540

Bank of America
Collectcorp
P. O. Box 101928
Dept 4947A
Birmingham, AL 35210-1928

Blains Farm & Fleet/GEMB
Asset Acceptance, LLC
P. O. Box 2036
Warren, MI 48090-2036

AT & T
P. O. Box 5080
Carol Stream, IL 60197

Bank of America
CCB Credit Services
5300 S 6th Street
Springfield, IL 62703-5184

Capital One Bank
P. O. Box 30285
Salt Lake City, UT 84130-0285

AT & T Universal/Citi
P. O. Box 660370
Dallas, TX 75266-0000

Bank of America
Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Cenlar Loan Admin & Reporting
P. O. Box 211091
Eagan, MN 55121

AT & T Universal/Citi
Northland Group
P. O. Box 390905
Minneapolis, MN 55439

Bank of America
Tate & Kirlan Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

CepaAmerica/Sherman Hospital
Stanislaus Credit Control Servi
914 14th Street
P. O. Box 480
Modesto, CA 95353

Chase
Cardmember Services
P. O. Box 15548
Wilmington, DE 19886-5548

Chase
Capital Management Services
726 Exchange Street, Ste 700
Buffalo, NY 14210

Columbia House DVD Club
P. O. Box 91601
Rantoul, IL 61866-8601


Chase
P. O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA
Midland Credit Management
8875 Aero Drive, Ste 200
San Diego, CA 92123

Exxon Mobil
Credit Card Center
P. O. Box 688940
Des Moines, IA 50368-8940


Chase
Cardmember Services
P. O. Box 15298
Wilmington, DE19850-5298

Chase Bank, USA
Midland Credit Management
8875 Aero Drive, Ste 200
San Diego, CA 92123

Exxon Mobil
Alliance One Receivables Manage
4850 Street Road, Ste 300
Trevose, PA 19053


Chase
Cardmember Services
P. O. Box 17280
Wilmington, DE 19886-0300

Citi
Box 6000
The Lakes, NV 89163-6000

GE Money Bank
Midland Credit Management, Inc
P. O. Box 60578
Los Angles, CA 90060-0578


Chase
Cardmember Services
P. O. Box 15548
Wilmingtonn, DE 19886-5548

Citi
P. O. Box 91600
Albuquerque, NM 87199-0000

HBLC, Inc
Steven J Fink, & Assoc
25 E Washington Street, Ste 123
Chicago, IL 60602


Chase
Cardmember Services
P. O. Box 15548
Wilmington, DE19886-5548

Citi
Northland Group, Inc
P. O. Box 390905
Minneapolis, MN 55439

HSBC Bank Nevada, NC
P. O. Box 98734
Las Vegas, NV 89193-8734


Chase
Valentine and Kebartas, Inc
P. O. Box 325
Lawrence, MA 01842

Citibank
Protocol Recovery Service
509 Mercer Avenue
Panama City, FL 32401

J C Penney
GE Money Bank
Attn: Bankruptcy Department
P. O. Box 103104
Roswell, GA 30076


Chase
Financial Asset Management Syst
P. O. Box 451409
Atlanta, GA 31145-9409

Citibank
NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

JC Penney/GEMB
Midland Credit Management
8875 Aero Drive, Ste 200
San Diego, CA 92123


Chase
National Action Financial Servi
165 Lawrence Bell Drive, Ste 10
P. O. Box 9027
Williamsville, NY 14231-9027

Citibank Client Services
P. O. Box 769013
San Antonio, TX 78245-9013

JC Penney?GEMB
National Recovery Solutuions, L
P. O. Box 322
Lockport, NY14095-0322

Kare Hospital Medicine
ATG Credit, LLC
P. O. Box 14895
Chicago, IL 60614-4895

LAC Collections
979 S Bartlett Road
Bartlett, IL 60103-6501

Lake Shore Gastroenterology
First Federal Credit Control
P. O. Box 3521
Akron, OH 44309-3521

MTL Insurance Company
1200 Jorie Blvd.
Oak Brook, IL 60522-9060

Reader's Digest
Chase
P. O. Box 15298
Wilmington, DE 19850-5298

Reader's Digest
Payment Processing
P. O. Box 50050
Prescott, AZ 86304-5050

Reader's Digest/Chase
National Action Financial Servi
165 Lawrence Bell Drive, Ste 10
P. O. Box 9027
Williamsville, NY 14231-9027

Reader's Digest/Chase
Financial Asset Management Serv
P. O. Box 451409
Atlanta, GA 31145-9409

Roaman's
c/o WFNNB
P. O. Box 182782
Columbus, OH 43218-2782

Roaman's
c/o WFNNB
P. O. Box 182125
Columbus, OH 43218-2125

Rush University Medical Center
Computer Credit, Inc
Claims Dept 009500
640 W Fourth Street
Winston-Salem, NC 27113-5238

Rush University Medical Group
Nationwide Credit Collection, I
815 Commerce Drive, Ste 100
Oak Brook, IL 60532

Scholastic/Interactive Kids Clu
RJM Acquisitions LLC
575 Underhill Blvd., Ste 224
Syosset, NY 11791-4437

Scholastic/Interactive Kids Clu
103 Mill Plain Road
Danbury, CT 068111322

Sears
Citi
P. O. Box 6198
Sioux Falls, SD 57117

Sears Credit Cards
P. O. Box 6283
Sioux Falls, SD 57117-6283

Sears/Citi
Northland Group, Inc.
P. O. Box 390905
Minneapolis, MN 55439

St. Alexius Medical Center
Malcolm S Gerald & Associates,
332 S Michigan Avenue, Ste 600
Chicago, IL 60604

St. Alexius Medical Center
Computer Credit, Inc
Claims Dept 003305
640 W Fourth Street
Winston-Salem, NC 27113-5238

St. Alexius Medical Center
Computer Credit, Inc
Claim Dept 003305
640 W Fourth Street
Winston-Salem, NC 27113-5238

St. Alexius Medical Center
Computer Credit, Inc.
Claims Dept 003305
640 W Fourth Street
Winston-Salem, NC 27113-5238

State Farm Bank
P. O. Box 3001
Malvern, PA 19355

State Farm Bank
NCB Management Services, Inc
P. O. Box 1099
Langhorne, PA 19047

State Farm Mutual Funds
P. O. Box 219548
Kansas City, MO 64121-9548

The United Educators
Eastern Collection Corp
1626 Locust Avenue
Bohemia, NY 11716

The United Educators
2010 Today Book
P. O. Box 360274
Des Moines, IA 50336-0274

The United Educators, Inc.
World Topic
P. O. Box 360274
Des Moines, IA 50336-0274

```
Wells Fargo Financial National
P. O. Box 10475
Des Moines, IA 50306
```