UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                         §
                                               §
SNOVER, BRUCE                                  §    Case No. 12-24625 DRC
SNOVER, MELISSA K                              §
                                               §
                                               §
            Debtor(s)                          §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 12-24625   Doc 35   Filed 10/09/14   Entered 10/09/14 15:59:56   Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document   Page 3 of 12
ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-24625 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SNOVER, BRUCE | | | Date Filed (f) or Converted (c): | 06/19/12 (f) |
| | SNOVER, MELISSA K | | | 341(a) Meeting Date: | 09/04/12 |
| For Period Ending: 09/25/14 | | | | Claims Bar Date: | 01/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATED AT 979 S BARTLETT ROAD, | 125,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS / COLLECTIBLES | 500.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 350.00 | 0.00 | | 0.00 | FA |
| 9. FURS AND JEWELRY | 750.00 | 0.00 | | 0.00 | FA |
| 10. FIREARMS AND HOBBY EQUIPMENT | 75.00 | 0.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES | 2,104.63 | 0.00 | | 5,776.30 | FA |
| 12. INSURANCE POLICIES | 1,410.96 | 0.00 | | 0.00 | FA |
| 13. INSURANCE POLICIES | 4,896.03 | 0.00 | | 0.00 | FA |
| 14. INSURANCE POLICIES | 5,876.38 | 0.00 | | 0.00 | FA |
| 15. INSURANCE POLICIES | 4,163.36 | 0.00 | | 0.00 | FA |
| 16. INSURANCE POLICIES | 770.86 | 0.00 | | 0.00 | FA |
| 17. INSURANCE POLICIES | 1,970.94 | 0.00 | | 2,066.23 | FA |
| 18. INSURANCE POLICIES | 1,607.09 | 0.00 | | 500.51 | FA |
| 19. INSURANCE POLICIES | 3,414.82 | 0.00 | | 3,178.38 | FA |
| 20. PENSION / PROFIT SHARING | 3,317.72 | 0.00 | | 0.00 | FA |
| 21. PENSION / PROFIT SHARING | 1,564.35 | 0.00 | | 0.00 | FA |
| 22. LIQUIDATED CLAIMS | 3,059.00 | 0.00 | | 0.00 | FA |
| 23. VEHICLES | 3,175.00 | 0.00 | | 0.00 | FA |
| 24. VEHICLES | 420.00 | 0.00 | | 0.00 | FA |
| 25. OFFICE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 26. MACHINERY AND SUPPLIES | 100.00 | 0.00 | | 0.00 | FA |
| 27. ANIMALS | 25.00 | 0.00 | | 0.00 | FA |
| 28. OTHER MISCELLANEOUS | 75.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1                                                                                                                                    Ver: 18.01

**FORM 1**

Case 12-24625  Doc 35  Filed 10/09/14  Entered 10/09/14 15:59:56  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT       Page: 2
ASSET CASES
Document      Page 4 of 12

Case No:    12-24625    DRC    Judge: Donald R. Cassling        Trustee Name:              GINA B. KROL        **Exhibit A**
Case Name:  SNOVER, BRUCE                                        Date Filed (f) or Converted (c):  06/19/12 (f)
            SNOVER, MELISSA K                                    341(a) Meeting Date:       09/04/12
                                                                 Claims Bar Date:           01/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $167,377.14 | $0.00 | | $11,521.42 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

October 17, 2013, 02:40 pm

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

            /s/    GINA B. KROL
_____  Date: 09/25/14
            GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-24625 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SNOVER, BRUCE | | Bank Name: | ASSOCIATED BANK |
| | SNOVER, MELISSA K | | Account Number / CD #: | *******0618  Checking Account |
| Taxpayer ID No: | *******4382 | | | |
| For Period Ending: | 09/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/14/12 | 19 | MTL Insurance Company | Life Insurance on Jessica | 1129-000 | 3,178.38 | | 3,178.38 |
| | | 1200 Jorie Blvd. | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 11/14/12 | 18 | MTL Insurance Company | Life Insurance on Suzanne | 1129-000 | 500.51 | | 3,678.89 |
| | | 1200 Jorie Blvd. | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 11/14/12 | 17 | MTL Insurance Company | Life insurance on Seth | 1129-000 | 2,066.23 | | 5,745.12 |
| | | 1200 Jorie Blvd. | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.01 | 5,743.11 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.66 | 5,739.45 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,729.45 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 4.96 | 5,724.49 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/04/13 | 11 | Western & Southern Financial Group | Life Insurance | 1129-000 | 2,725.43 | | 8,449.92 |
| 03/04/13 | 11 | Western & Southern Financial Group | Life Insurance | 1129-000 | 3,050.87 | | 11,500.79 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,490.79 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.25 | 11,474.54 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,458.03 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.03 | 11,441.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.46 | 11,424.54 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.99 | 11,407.55 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.96 | 11,390.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.39 | 11,374.20 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.91 | 11,357.29 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.34 | 11,340.95 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.86 | 11,324.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.84 | 11,307.25 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.18 | 11,292.07 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 9.95 | 11,282.12 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4  
Ver: 18.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-24625 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SNOVER, BRUCE | Bank Name: | ASSOCIATED BANK |
| | SNOVER, MELISSA K | Account Number / CD #: | *******0618  Checking Account |
| Taxpayer ID No: | *******4382 | | |
| For Period Ending: | 09/25/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.79 | 11,265.33 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.21 | 11,249.12 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,232.40 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.16 | 11,216.24 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.68 | 11,199.56 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.65 | 11,182.91 |

| Account *******0618 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 5 | Deposits | 11,521.42 | 2 | Checks | 14.91 |
| 0 | Interest Postings | 0.00 | 22 | Adjustments Out | 323.60 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 11,521.42 | | | |
| | | | | Total | $ 338.51 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 11,521.42 | | | |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 09/25/14

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

LFORM2T4

Ver: 18.01

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2014 |

Case Number: 12-24625  
Debtor Name: SNOVER, BRUCE  
Claims Bar Date: 01/25/13  

Claim Number Sequence  
Joint Debtor: SNOVER, MELISSA K

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | $1,902.14 | $0.00 | $1,902.14 |
| 000001<br>070<br>7100-90 | Atlas Acquisitions LLC<br>assignee of Wells Fargo - Back to Bed<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured<br>Back to Bed | $1,249.18 | $0.00 | $1,249.18 |
| 000002<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>WFNB/Roamans | $506.51 | $0.00 | $506.51 |
| 000003<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>Woman Within/Comenity Bank | $100.00 | $0.00 | $100.00 |
| 000004<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>Bank of America NA MBNA America<br>Bank NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured<br>Bank of America/MBNA | $8,580.35 | $0.00 | $8,580.35 |
| 000005<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured<br>Chase Bank | $16,419.34 | $0.00 | $16,419.34 |
| 000006<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured<br>Chase Bank | $21,055.15 | $0.00 | $21,055.15 |
| 000007<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured<br>Chase Bank | $20,378.81 | $0.00 | $20,378.81 |
| 000008<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured<br>Crown Asset Management | $1,096.58 | $0.00 | $1,096.58 |
| 000009<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | $1,014.41 | $0.00 | $1,014.41 |
| 000010<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | $16,352.66 | $0.00 | $16,352.66 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 25, 2014

Case Number: 12-24625
Debtor Name: SNOVER, BRUCE
Claims Bar Date: 01/25/13

Claim Number Sequence

Joint Debtor: SNOVER, MELISSA K

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-90 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $8,777.29 | $0.00 | $8,777.29 |
| 000012 070 7100-90 | American InfoSource LP as agent for Asset Acceptance<br>as assignee of GEMB - BLAINS FARM & FLEE<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | Blains Farm & Fleet | $948.68 | $0.00 | $948.68 |
| 000013 070 7100-90 | American InfoSource LP as agent for Asset Acceptance<br>as assignee of BANK OF AMERICA<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | Bank of America | $7,216.83 | $0.00 | $7,216.83 |
| BOND 999 2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $14.91 | $14.91 | $0.00 |
| | Case Totals: | | | $105,612.84 | $14.91 | $105,597.93 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-24625 DRC
Case Name: SNOVER, BRUCE
          SNOVER, MELISSA K
Trustee Name: GINA B. KROL

Balance on hand                                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC assignee of Wells Fargo - Back to Bed<br>294 Union St.<br>Hackensack, NJ 07601 | $ | $ | $ |
| 000002 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ | $ | $ |
| 000003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A.<br>Bank of America NA<br>MBNA America Bank NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000005 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ | $ | $ |
| 000007 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ | $ | $ |
| 000008 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ | $ | $ |
| 000009 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000010 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000011 | State Farm Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000012 | American InfoSource LP as agent for Asset Acceptance as assignee of GEMB - BLAINS FARM & FLEE PO Box 248838 Oklahoma City, OK 73124-8838 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American InfoSource LP as agent for Asset Acceptance as assignee of BANK OF AMERICA PO Box 248838 Oklahoma City, OK 73124-8838 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*