Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
SNOVER, BRUCE § Case No. 12-24625 DRC
SNOVER, MELISSA K §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/31/2014 in Courtroom 241,
Kane County Courthouse
100 S. Third St.
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/09/2014                    By: CLERK OF BANKRUPTCY COURT
                                                Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
SNOVER, BRUCE § Case No. 12-24625 DRC
SNOVER, MELISSA K §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 11,521.42 |
| and approved disbursements of | $ 338.51 |
| leaving a balance on hand of[1] | $ 11,182.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,902.14 | $ 0.00 | $ 1,902.14 |
| Other: International Sureties Ltd. | $ 14.91 | $ 14.91 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,902.14 |
| Remaining Balance | | | $ 9,280.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,695.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC assignee of Wells Fargo - Back to Bed<br>294 Union St.<br>Hackensack, NJ 07601 | $ 1,249.18 | $ 0.00 | $ 111.80 |
| 000002 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 506.51 | $ 0.00 | $ 45.33 |
| 000003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 100.00 | $ 0.00 | $ 8.95 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, N.A.<br>Bank of America NA<br>MBNA America Bank NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 8,580.35 | $ 0.00 | $ 767.94 |
| 000005 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 16,419.34 | $ 0.00 | $ 1,469.53 |
| 000006 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 21,055.15 | $ 0.00 | $ 1,884.44 |
| 000007 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 20,378.81 | $ 0.00 | $ 1,823.90 |
| 000008 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 1,096.58 | $ 0.00 | $ 98.14 |
| 000009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,014.41 | $ 0.00 | $ 90.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000010 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 16,352.66 | $ 0.00 | $ 1,463.56 |
| 000011 | State Farm Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 8,777.29 | $ 0.00 | $ 785.57 |
| 000012 | American InfoSource LP as agent for Asset Acceptance as assignee of GEMB - BLAINS FARM & FLEE PO Box 248838 Oklahoma City, OK 73124-8838 | $ 948.68 | $ 0.00 | $ 84.91 |
| 000013 | American InfoSource LP as agent for Asset Acceptance as assignee of BANK OF AMERICA PO Box 248838 Oklahoma City, OK 73124-8838 | $ 7,216.83 | $ 0.00 | $ 645.91 |

| | |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 9,280.77 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/GINA B. KROL
                       Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Bruce Snover  
Melissa K Snover  
    Debtors

Case No. 12-24625-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: acox     Page 1 of 3     Date Rcvd: Oct 10, 2014  
                Form ID: pdf006    Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2014.

```
db/jdb     +Bruce Snover,    Melissa K Snover,    979 S Bartlett Road,    Bartlett, IL 60103-6501
aty        +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
19051450   +AT & T Universal/Citi,    Northland Group,    P. O. Box 390905,    Minneapolis, MN 55439-0905
19051449   +AT & T Universal/Citi,    P. O. Box 660370,    Dallas, TX 75266-0370
19051451    AT& T Universal Card/Citi,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
19051442   +Alexian Brothers Medical Center,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
19051446   +American Express,    P. O. Box 6618,    Omaha, NE 68106-0618
19051444   +American Express,    United Recovery Systems,    5800 North Course Drive,
             Houston, TX 77072-1613
19051443    American Express,    Customer Service,    P. O. Box 981535,    El Paso, TX 79998-1535
19051445   +American Express,    NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
19716013    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19051447    American Express Travel Related Serv,    OA Special Research,    P. O. Box 981540,
             El Paso, TX 79998-1540
19051456   +Bank of America,    Collectcorp,    P. O. Box 101928,    Dept 4947A,    Birmingham, AL 35210-6928
19051457    Bank of America,    CCB Credit Services,    5300 S 6th Street,    Springfield, IL 62703-5184
19051458   +Bank of America,    Firstsource Advantage, LLC,    205 Bryant Woods South,
             Amherst, NY 14228-3609
19051455    Bank of America,    Financial Asset Management Systems,    P. O. Box 451409,
             Atlanta, GA 31145-9409
19051459    Bank of America,    Tate & Kirlan Associates,    2810 Southampton Road,
             Philadelphia, PA 19154-1207
19051461   +Bank of America/Business Card,    Creditors Financial Group, LLC,    3131 S Vaughn Way, Ste 110,
             Aurora, CO 80014-3501
19051460   +Bank of America/Business Card,    Creditors Interchange,    80 Holtz Drive,
             Buffalo, NY 14225-1470
19051465    Blains Farm & Fleet/GEMB,    Asset Acceptance, LLC,    P. O. Box 2036,    Warren, MI 48090-2036
19051466    Capital One Bank,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
19745858    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
19051467   +Cenlar Loan Admin & Reporting,    P. O. Box 211091,    Eagan, MN 55121-2491
19051468   +CepaAmerica/Sherman Hospital,    Stanislaus Credit Control Services,    914 14th Street,
             P. O. Box 480,    Modesto, CA 95353-0480
19051475   +Chase,    Valentine and Kebartas, Inc,    P. O. Box 325,    Lawrence, MA 01842-0625
19051478   +Chase,    Capital Management Services,    726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
19051471    Chase,    Cardmember Services,    P. O. Box 15298,    Wilmington, DE19850-5298
19051470    Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
19051469    Chase,    Cardmember Services,    P. O. Box 15548,    Wilmington, DE 19886-5548
19051474    Chase,    Cardmember Services,    P. O. Box 15548,    Wilmington, DE19886-5548
19051473    Chase,    Cardmember Services,    P. O. Box 15548,    Wilmingtonn, DE 19886-5548
19051476    Chase,    Financial Asset Management Systems,    P. O. Box 451409,    Atlanta, GA 31145-9409
19051472    Chase,    Cardmember Services,    P. O. Box 17280,    Wilmington, DE 19886-0300
19051477    Chase,    National Action Financial Services,    165 Lawrence Bell Drive, Ste 100,
             P. O. Box 9027,    Williamsville, NY 14231-9027
19051479   +Chase Bank USA,    Midland Credit Management,    8875 Aero Drive, Ste 200,
             San Diego, CA 92123-2255
19051483   +Citi,    Northland Group, Inc,    P. O. Box 390905,    Minneapolis, MN 55439-0905
19051481    Citi,    Box 6000,    The Lakes, NV 89163-6000
19051484   +Citibank,    Protocol Recovery Service,    509 Mercer Avenue,    Panama City, FL 32401-2631
19051485   +Citibank,    NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
19051486    Citibank Client Services,    P. O. Box 769013,    San Antonio, TX 78245-9013
19051488    Exxon Mobil,    Credit Card Center,    P. O. Box 688940,    Des Moines, IA 50368-8940
19051489   +Exxon Mobil,    Alliance One Receivables Management,    4850 Street Road, Ste 300,
             Trevose, PA 19053-6643
19688001    FIA CARD SERVICES, N.A.,    Bank of America NA MBNA America Bank NA,    4161 Piedmont Parkway,
             NC4 105 03 14,    Greensboro, NC 27410
19051490    GE Money Bank,    Midland Credit Management, Inc,    P. O. Box 60578,    Los Angles, CA 90060-0578
19051491   +HBLC, Inc,    Steven J Fink, & Assoc,    25 E Washington Street, Ste 1233(a),
             Chicago, IL 60602-1708
19051492    HSBC Bank Nevada, NC,    P. O. Box 98734,    Las Vegas, NV 89193-8734
19051494   +JC Penney/GEMB,    Midland Credit Management,    8875 Aero Drive, Ste 200,
             San Diego, CA 92123-2255
19051495    JC Penney?GEMB,    National Recovery Solutuions, LLC,    P. O. Box 322,    Lockport, NY14095-0322
19051496   +Kare Hospital Medicine,    ATG Credit, LLC,    P. O. Box 14895,    Chicago, IL 60614-8542
19051497    LAC Collections,    979 S Bartlett Road,    Bartlett, IL 60103-6501
19051498    Lake Shore Gastroenterology,    First Federal Credit Control,    P. O. Box 3521,
             Akron, OH 44309-3521
19051499   +MTL Insurance Company,    1200 Jorie Blvd.,    Oak Brook, IL 60523-2274
19051501    Reader's Digest,    Payment Processing,    P. O. Box 50050,    Prescott, AZ 86304-5050
19051500    Reader's Digest,    Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
19051503    Reader's Digest/Chase,    Financial Asset Management Services,    P. O. Box 451409,
             Atlanta, GA 31145-9409
```

```
District/off: 0752-1           User: acox                  Page 2 of 3                  Date Rcvd: Oct 10, 2014
                               Form ID: pdf006             Total Noticed: 86


19051502       Reader's Digest/Chase,    National Action Financial Services, Inc,
                 165 Lawrence Bell Drive, Ste 100,    P. O. Box 9027,    Williamsville, NY 14231-9027
19051504       Roaman's,   c/o WFNNB,    P. O. Box 182782,    Columbus, OH 43218-2782
19051505       Roaman's,   c/o WFNNB,    P. O. Box 182125,    Columbus, OH 43218-2125
19051506      +Rush University Medical Center,    Computer Credit, Inc,    Claims Dept 009500,
                 640 W Fourth Street,    Winston-Salem, NC 27101-2730
19051507      +Rush University Medical Group,    Nationwide Credit Collection, Inc,
                 815 Commerce Drive, Ste 100,    Oak Brook, IL 60523-8839
19051509      +Scholastic/Interactive Kids Club,    103 Mill Plain Road,    Danbury, CT 06811-5171
19051508       Scholastic/Interactive Kids Club,    RJM Acquisitions LLC,    575 Underhill Blvd., Ste 224,
                 Syosset, NY 11791-4437
19051510      +Sears,   Citi,   P. O. Box 6198,    Sioux Falls, SD 57117-6198
19051511       Sears Credit Cards,    P. O. Box 6283,    Sioux Falls, SD 57117-6283
19051512      +Sears/Citi,    Northland Group, Inc.,    P. O. Box 390905,    Minneapolis, MN 55439-0905
19051515      +St. Alexius Medical Center,    Computer Credit, Inc,    Claim Dept 003305,    640 W Fourth Street,
                 Winston-Salem, NC 27101-2730
19051514      +St. Alexius Medical Center,    Computer Credit, Inc,    Claims Dept 003305,    640 W Fourth Street,
                 Winston-Salem, NC 27101-2730
19051513      +St. Alexius Medical Center,    Malcolm S Gerald & Associates, Inc,
                 332 S Michigan Avenue, Ste 600,    Chicago, IL 60604-4318
19051517      +State Farm Bank,    P. O. Box 3001,    Malvern, PA 19355-0701
19874549       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19051518      +State Farm Bank,    NCB Management Services, Inc,    P. O. Box 1099,    Langhorne, PA 19047-6099
19051519       State Farm Mutual Funds,    P. O. Box 219548,    Kansas City, MO 64121-9548
19051521       The United Educators,    2010 Today Book,    P. O. Box 360274,    Des Moines, IA 50336-0274
19051520      +The United Educators,    Eastern Collection Corp,    1626 Locust Avenue,    Bohemia, NY 11716-2159
19051522       The United Educators, Inc.,    World Topic,    P. O. Box 360274,    Des Moines, IA 50336-0274
19051523      +Wells Fargo Financial National Bank,    P. O. Box 10475,    Des Moines, IA 50306-0475
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19051448      +E-mail/Text: g17768@att.com Oct 11 2014 00:21:55     AT & T,    P. O. Box 5080,
                 Carol Stream, IL 60197-5080
19927500       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2014 00:28:35
                 American InfoSource LP as agent for,    Asset Acceptance,   as assignee of BANK OF AMERICA,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
19927499       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2014 00:29:42
                 American InfoSource LP as agent for,    Asset Acceptance,
                 as assignee of GEMB - BLAINS FARM & FLEE,    PO Box 248838,    Oklahoma City, OK  73124-8838
19692370       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2014 00:29:42
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
19627284      +E-mail/Text: bnc@atlasacq.com Oct 11 2014 00:22:01     Atlas Acquisitions LLC,
                 assignee of Wells Fargo - Back to Bed,    294 Union St.,    Hackensack, NJ 07601-4303
19089566      +E-mail/Text: bnc@atlasacq.com Oct 11 2014 00:22:01     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
19051464      +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2014 00:25:29     Blain's Farm & Fleet,
                 GE Money Bank,    OH3-4233,    950 Forrer Blvd,    Kettering, OH 45420-1469
19051463       E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2014 00:25:30     Blain's Farm & Fleet,
                 GE Money Bank,    P. O. Box 981127,    El Paso, TX 79998-1127
19051493      +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2014 00:27:48     J C Penney,    GE Money Bank,
                 Attn: Bankruptcy Department,    P. O. Box 103104,    Roswell, GA 30076-9104
19684111       E-mail/Text: bnc-quantum@quantum3group.com Oct 11 2014 00:22:35
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19051480*     +Chase Bank, USA,    Midland Credit Management,    8875 Aero Drive, Ste 200,
                 San Diego, CA 92123-2255
19051516*     +St. Alexius Medical Center,    Computer Credit, Inc.,    Claims Dept 003305,
                 640 W Fourth Street,    Winston-Salem, NC 27101-2730
19051452      ##Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
19051454      ##+Bank of America,    Business Card,    P. O. Box 22031,    Greensboro, NC 27420-2031
19051453      ##Bank of America,    Business Card,    P. O. Box 15184,    Wilmington, DE 19850-5184
19051462      ##Bank of America/MilesEdge,    P. O. Box 15026,    Wilmington, DE 19850-5026
19051482      ##+Citi,   P. O. Box 91600,    Albuquerque, NM 87199-1600
19051487      ##Columbia House DVD Club,    P. O. Box 91601,    Rantoul, IL 61866-8601
                                                                                   TOTALS: 0, * 2, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: acox                  Page 3 of 3                  Date Rcvd: Oct 10, 2014
                              Form ID: pdf006             Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2014                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2014 at the address(es) listed below:
              Charles W. Dobra    on behalf of Debtor Bruce  Snover cwdobra@dobralaw.comcastbiz.net,
               eileen_powers@sbcglobal.net
              Charles W. Dobra    on behalf of Joint Debtor Melissa K Snover cwdobra@dobralaw.comcastbiz.net,
               eileen_powers@sbcglobal.net
              Christopher M Brown    on behalf of Creditor    Nationstar Mortgage LLC
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```