# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                     §
                                           §
SNOVER, BRUCE                              §        Case No. 12-24625 DRC
SNOVER, MELISSA K                          §
                                           §
            Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL _____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cenlar Loan Admin & Reporting P. O. Box 211091 Eagan, MN 55121 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MTL Insurance Company 1200 Jorie Blvd. Oak Brook, IL 60522-9060 | | | | | |
| | MTL Insurance Company 1200 Jorie Blvd. Oak Brook, IL 60522-9060 | | | | | |
| | MTL Insurance Company 1200 Jorie Blvd. Oak Brook, IL 60522-9060 | | | | | |
| | MTL Insurance Company 1200 Jorie Blvd. Oak Brook, IL 60522-9060 | | | | | |
| | MTL Insurance Company 1200 Jorie Blvd. Oak Brook, IL 60522-9060 | | | | | |
| | MTL Insurance Company 1200 Jorie Blvd. Oak Brook, IL 60522-9060 | | | | | |
| | MTL Insurance Company 1200 Jorie Blvd. Oak Brook, IL 60522-9060 | | | | | |
| | State Farm Mutual Funds P. O. Box 219548 Kansas City, MO 64121-9548 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Universal/Citi Northland Group P. O. Box 390905 Minneapolis, MN 55439 | | | | | |
| | AT & T Universal/Citi P. O. Box 660370 Dallas, TX 75266-0000 | | | | | |
| | AT& T Universal Card/Citi P. O. Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Alexian Brothers Medical Center 800 Biesterfield Road Elk Grove Village, IL 60007 | | | | | |
| | American Express NCO Financial Systems 507 Prudential Road Horsham, PA 19044 | | | | | |
| | American Express P. O. Box 6618 Omaha, NE 68105-0618 | | | | | |
| | American Express Travel Related Serv OA Special Research P. O. Box 981540 El Paso, TX 79998-1540 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express United Recovery Systems 5800 North Course Drive Houston, TX 77072 | | | | | |
| | Bank of America Business Card P. O. Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America Business Card P. O. Box 22031 Greensboro, NC 27420 | | | | | |
| | Bank of America CCB Credit Services 5300 S 6th Street Springfield, IL 62703-5184 | | | | | |
| | Bank of America Collectcorp P. O. Box 101928 Dept 4947A Birmingham, AL 35210-1928 | | | | | |
| | Bank of America Financial Asset Management Systems P. O. Box 451409 Atlanta, GA 31145-9409 | | | | | |
| | Bank of America Firstsource Advantage, LLC 205 Bryant Woods South Amherst, NY 14228 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P. O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America Tate & Kirlan Associates 2810 Southampton Road Philadelphia, PA 19154-1207 | | | | | |
| | Bank of America/Business Card Creditors Financial Group, LLC 3131 S Vaughn Way, Ste 110 Aurora, CO 80014 | | | | | |
| | Bank of America/Business Card Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | |
| | Bank of America/MilesEdge P. O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Blain's Farm & Fleet GE Money Bank OH3-4233 950 Forrer Blvd Kettering, OH 45420 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blains Farm & Fleet/GEMB Asset Acceptance, LLC P. O. Box 2036 Warren, MI 48090-2036 | | | | | |
| | CepaAmerica/Sherman Hospital Stanislaus Credit Control Services 914 14th Street P. O. Box 480 Modesto, CA 95353 | | | | | |
| | Chase Bank USA Midland Credit Management 8875 Aero Drive, Ste 200 San Diego, CA 92123 | | | | | |
| | Chase Bank USA Midland Credit Management 8875 Aero Drive, Ste 200 San Diego, CA 92123 | | | | | |
| | Chase Bank, USA Midland Credit Management 8875 Aero Drive, Ste 200 San Diego, CA 92123 | | | | | |
| | Chase Capital Management Services 726 Exchange Street, Ste 700 Buffalo, NY 14210 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Services P. O. Box 15298 Wilmington, DE19850-5298 | | | | | |
| | Chase Cardmember Services P. O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Chase Cardmember Services P. O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Chase Cardmember Services P. O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Chase Cardmember Services P. O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Chase Cardmember Services P. O. Box 15548 Wilmington, DE19886-5548 | | | | | |
| | Chase Cardmember Services P. O. Box 15548 Wilmingtonn, DE 19886-5548 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Financial Asset Management Systems P. O. Box 451409 Atlanta, GA 31145-9409 | | | | | |
| | Chase National Action Financial Services 165 Lawrence Bell Drive, Ste 100 P. O. Box 9027 Williamsville, NY 14231-9027 | | | | | |
| | Chase P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Valentine and Kebartas, Inc P. O. Box 325 Lawrence, MA 01842 | | | | | |
| | Chase Valentine and Kebartas, Inc P. O. Box 325 Lawrence, MA 01842 | | | | | |
| | Citi Box 6000 The Lakes, NV 89163-6000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Northland Group, Inc P. O. Box 390905 Minneapolis, MN 55439 | | | | | |
| | Citi P. O. Box 91600 Albuquerque, NM 87199-0000 | | | | | |
| | Citibank Client Services P. O. Box 769013 San Antonio, TX 78245-9013 | | | | | |
| | Citibank NCO Financial Systems 507 Prudential Road Horsham, PA 19044 | | | | | |
| | Citibank Protocol Recovery Service 509 Mercer Avenue Panama City, FL 32401 | | | | | |
| | Columbia House DVD Club P. O. Box 91601 Rantoul, IL 61866-8601 | | | | | |
| | Exxon Mobil Alliance One Receivables Management 4850 Street Road, Ste 300 Trevose, PA 19053 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exxon Mobil Credit Card Center P. O. Box 688940 Des Moines, IA 50368-8940 | | | | | |
| | GE Money Bank Midland Credit Management, Inc P. O. Box 60578 Los Angles, CA 90060-0578 | | | | | |
| | HBLC, Inc Steven J Fink, & Assoc 25 E Washington Street, Ste 1233(a) Chicago, IL 60602 | | | | | |
| | HSBC Bank Nevada, NC P. O. Box 98734 Las Vegas, NV 89193-8734 | | | | | |
| | J C Penney GE Money Bank Attn: Bankruptcy Department P. O. Box 103104 Roswell, GA 30076 | | | | | |
| | JC Penney/GEMB Midland Credit Management 8875 Aero Drive, Ste 200 San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JC Penney?GEMB National Recovery Solutuions, LLC P. O. Box 322 Lockport, NY14095-0322 | | | | | |
| | Kare Hospital Medicine ATG Credit, LLC P. O. Box 14895 Chicago, IL 60614-4895 | | | | | |
| | LAC Collections 979 S Bartlett Road Bartlett, IL 60103-6501 | | | | | |
| | Lake Shore Gastroenterology First Federal Credit Control P. O. Box 3521 Akron, OH 44309-3521 | | | | | |
| | Reader's Digest Chase P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Reader's Digest Payment Processing P. O. Box 50050 Prescott, AZ 86304-5050 | | | | | |
| | Reader's Digest/Chase Financial Asset Management Services P. O. Box 451409 Atlanta, GA 31145-9409 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reader's Digest/Chase National Action Financial Services, Inc 165 Lawrence Bell Drive, Ste 100 P. O. Box 9027 Williamsville, NY 14231-9027 | | | | | |
| | Roaman's c/o WFNNB P. O. Box 182782 Columbus, OH 43218-2782 | | | | | |
| | Rush University Medical Center Computer Credit, Inc Claims Dept 009500 640 W Fourth Street Winston-Salem, NC 27113-5238 | | | | | |
| | Rush University Medical Group Nationwide Credit Collection, Inc 815 Commerce Drive, Ste 100 Oak Brook, IL 60532 | | | | | |
| | Scholastic/Interactive Kids Club 103 Mill Plain Road Danbury, CT 068111322 | | | | | |
| | Scholastic/Interactive Kids Club RJM Acquisitions LLC 575 Underhill Blvd., Ste 224 Syosset, NY 11791-4437 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Citi P. O. Box 6198 Sioux Falls, SD 57117 | | | | | |
| | Sears Credit Cards P. O. Box 6283 Sioux Falls, SD 57117-6283 | | | | | |
| | Sears/Citi Northland Group, Inc. P. O. Box 390905 Minneapolis, MN 55439 | | | | | |
| | St. Alexius Medical Center Computer Credit, Inc Claim Dept 003305 640 W Fourth Street Winston-Salem, NC 27113-5238 | | | | | |
| | St. Alexius Medical Center Computer Credit, Inc Claims Dept 003305 640 W Fourth Street Winston-Salem, NC 27113-5238 | | | | | |
| | St. Alexius Medical Center Computer Credit, Inc. Claims Dept 003305 640 W Fourth Street Winston-Salem, NC 27113-5238 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Alexius Medical Center Malcolm S Gerald & Associates, Inc 332 S Michigan Avenue, Ste 600 Chicago, IL 60604 | | | | | |
| | State Farm Bank NCB Management Services, Inc P. O. Box 1099 Langhorne, PA 19047 | | | | | |
| | The United Educators 2010 Today Book P. O. Box 360274 Des Moines, IA 50336-0274 | | | | | |
| | The United Educators Eastern Collection Corp 1626 Locust Avenue Bohemia, NY 11716 | | | | | |
| | The United Educators, Inc. World Topic P. O. Box 360274 Des Moines, IA 50336-0274 | | | | | |
| | Wells Fargo Financial National Bank P. O. Box 10475 Des Moines, IA 50306 | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000010 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | STATE FARM BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-24625 | DRC   Judge: Donald R. Cassling |
| Case Name: | SNOVER, BRUCE | |
| | SNOVER, MELISSA K | |
| For Period Ending: | 01/26/15 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 06/19/12 (f) |
| 341(a) Meeting Date: | 09/04/12 |
| Claims Bar Date: | 01/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATED AT 979 S BARTLETT ROAD, | 125,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS / COLLECTIBLES | 500.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 350.00 | 0.00 | | 0.00 | FA |
| 9. FURS AND JEWELRY | 750.00 | 0.00 | | 0.00 | FA |
| 10. FIREARMS AND HOBBY EQUIPMENT | 75.00 | 0.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES | 2,104.63 | 0.00 | | 5,776.30 | FA |
| 12. INSURANCE POLICIES | 1,410.96 | 0.00 | | 0.00 | FA |
| 13. INSURANCE POLICIES | 4,896.03 | 0.00 | | 0.00 | FA |
| 14. INSURANCE POLICIES | 5,876.38 | 0.00 | | 0.00 | FA |
| 15. INSURANCE POLICIES | 4,163.36 | 0.00 | | 0.00 | FA |
| 16. INSURANCE POLICIES | 770.86 | 0.00 | | 0.00 | FA |
| 17. INSURANCE POLICIES | 1,970.94 | 0.00 | | 2,066.23 | FA |
| 18. INSURANCE POLICIES | 1,607.09 | 0.00 | | 500.51 | FA |
| 19. INSURANCE POLICIES | 3,414.82 | 0.00 | | 3,178.38 | FA |
| 20. PENSION / PROFIT SHARING | 3,317.72 | 0.00 | | 0.00 | FA |
| 21. PENSION / PROFIT SHARING | 1,564.35 | 0.00 | | 0.00 | FA |
| 22. LIQUIDATED CLAIMS | 3,059.00 | 0.00 | | 0.00 | FA |
| 23. VEHICLES | 3,175.00 | 0.00 | | 0.00 | FA |
| 24. VEHICLES | 420.00 | 0.00 | | 0.00 | FA |
| 25. OFFICE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 26. MACHINERY AND SUPPLIES | 100.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 12-24625   DRC   Judge: Donald R. Cassling |
| Case Name: | SNOVER, BRUCE |
| | SNOVER, MELISSA K |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 06/19/12 (f) |
| 341(a) Meeting Date: | 09/04/12 |
| Claims Bar Date: | 01/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. ANIMALS | 25.00 | 0.00 | | 0.00 | FA |
| 28. OTHER MISCELLANEOUS | 75.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $167,377.14 | $0.00 | $11,521.42 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR for review

September 25, 2014, 01:59 pm

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

        /s/      GINA B. KROL
_____   Date: 01/26/15

      GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-24625  -DRC | |
| Case Name: | SNOVER, BRUCE | |
| | SNOVER, MELISSA K | |
| Taxpayer ID No: | *******4382 | |
| For Period Ending: | 01/26/15 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0618  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/12 | 19 | MTL Insurance Company | Life Insurance on Jessica | 1129-000 | 3,178.38 | | 3,178.38 |
| | | 1200 Jorie Blvd. | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 11/14/12 | 18 | MTL Insurance Company | Life Insurance on Suzanne | 1129-000 | 500.51 | | 3,678.89 |
| | | 1200 Jorie Blvd. | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 11/14/12 | 17 | MTL Insurance Company | Life insurance on Seth | 1129-000 | 2,066.23 | | 5,745.12 |
| | | 1200 Jorie Blvd. | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.01 | 5,743.11 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.66 | 5,739.45 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,729.45 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 4.96 | 5,724.49 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/04/13 | 11 | Western & Southern Financial Group | Life Insurance | 1129-000 | 2,725.43 | | 8,449.92 |
| 03/04/13 | 11 | Western & Southern Financial Group | Life Insurance | 1129-000 | 3,050.87 | | 11,500.79 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,490.79 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.25 | 11,474.54 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,458.03 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.03 | 11,441.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.46 | 11,424.54 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.99 | 11,407.55 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.96 | 11,390.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.39 | 11,374.20 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.91 | 11,357.29 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.34 | 11,340.95 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.86 | 11,324.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.84 | 11,307.25 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-24625 -DRC |
|---|---|
| Case Name: | SNOVER, BRUCE |
| | SNOVER, MELISSA K |
| Taxpayer ID No: | *******4382 |
| For Period Ending: | 01/26/15 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0618  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.18 | 11,292.07 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 9.95 | 11,282.12 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.79 | 11,265.33 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.21 | 11,249.12 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,232.40 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.16 | 11,216.24 |
| 08/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.68 | 11,199.56 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.65 | 11,182.91 |
| 10/31/14 | 030003 | Gina B. Krol | Final Distribution | 2100-000 | | 1,902.14 | 9,280.77 |
| | | 105 W. Madison St., Ste. 1100 | Trustee Fees per Court Order | | | | |
| | | Chicago, IL 60602 | | | | | |
| 10/31/14 | 030004 | Atlas Acquisitions LLC | Final Distribution | 7100-900 | | 111.80 | 9,168.97 |
| | | assignee of Wells Fargo - Back to Bed | (1-1) Modified on 10/31/12 to | | | | |
| | | 294 Union St. | correct creditor's name. (ALD) | | | | |
| | | Hackensack, NJ 07601 | | | | | |
| 10/31/14 | 030005 | Quantum3 Group LLC as agent for | Final Distribution | 7100-900 | | 45.33 | 9,123.64 |
| | | Comenity Bank | (2-1) Unsecured Debt | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 10/31/14 | 030006 | Quantum3 Group LLC as agent for | Final Distribution | 7100-900 | | 8.95 | 9,114.69 |
| | | Comenity Bank | (3-1) Unsecured Debt | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 10/31/14 | 030007 | FIA CARD SERVICES, N.A. | Final Distribution | 7100-900 | | 767.94 | 8,346.75 |
| | | Bank of America NA MBNA America Bank NA | (4-1) Modified on 11/14/12 to | | | | |
| | | 4161 Piedmont Parkway | correct creditor's name. (ALD) | | | | |
| | | NC4 105 03 14 | | | | | |
| | | Greensboro, NC 27410 | | | | | |

LFORM2T4 **UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

Ver: 18.03b

FORM 2                                                                 Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        12-24625  -DRC                      Trustee Name:        GINA B. KROL
Case Name:      SNOVER, BRUCE                       Bank Name:           ASSOCIATED BANK
                SNOVER, MELISSA K                   Account Number / CD #:   *******0618  Checking Account
Taxpayer ID No: *******4382
For Period Ending: 01/26/15                         Blanket Bond (per case limit):  $ 5,000,000.00
                                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/14 | 030008 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 1,469.53 | 6,877.22 |
| 10/31/14 | 030009 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 1,884.44 | 4,992.78 |
| 10/31/14 | 030010 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 1,823.90 | 3,168.88 |
| 10/31/14 | 030011 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 98.14 | 3,070.74 |
| 10/31/14 | 030012 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final Distribution (9-1) CREDIT CARD DEBT | 7100-900 | | 90.79 | 2,979.95 |
| 10/31/14 | 030013 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Final Distribution (10-1) Modified on 11/30/12 to correct creditor's name. (ALD) | 7100-900 | | 1,463.56 | 1,516.39 |
| 10/31/14 | 030014 | State Farm Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final Distribution (11-1) CREDIT CARD DEBT | 7100-900 | | 785.57 | 730.82 |
| 10/31/14 | 030015 | American InfoSource LP as agent for Asset Acceptance as assignee of GEMB - BLAINS FARM & FLEE | Final Distribution | 7100-900 | | 84.91 | 645.91 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 12-24625  -DRC |
|---|---|
| Case Name: | SNOVER, BRUCE |
| | SNOVER, MELISSA K |
| Taxpayer ID No: | *******4382 |
| For Period Ending: | 01/26/15 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0618  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/14 | 030016 | PO Box 248838<br>Oklahoma City, OK 73124-8838<br>American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of BANK OF AMERICA<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Final Distribution | 7100-900 | | 645.91 | 0.00 |

| Account  *******0618 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 5 | Deposits | 11,521.42 | 16 | Checks | 11,197.82 |
| 0 | Interest Postings | 0.00 | 22 | Adjustments Out | 323.60 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 11,521.42 | | | |
| | | | | Total | $ 11,521.42 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 11,521.42 | | | |

Ver: 18.03b

FORM 2                                                                                      Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-24625  -DRC |
| Case Name: | SNOVER, BRUCE |
| | SNOVER, MELISSA K |
| Taxpayer ID No: | *******4382 |
| For Period Ending: | 01/26/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0618  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 01/26/15
                     GINA B. KROL